FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 18, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JENNIFER WOFFORD,

    Plaintiff,

-vs-

PLAZA SERVICES, LLC and TRANSUNION, LLC,

    Defendants.

No.  2:21-CV-0311-JAG

ORDER DISMISSING CASE

Plaintiff entered a Notice of Voluntary Dismissal of Party for Defendant TransUnion, LLC on January 3, 2022. ECF No. 6. Plaintiff entered a Notice of Voluntary Dismissal of Party for Defendant Plaza Services, LLC, on January 14, 2022. ECF No. 7. In that Notice, Plaintiff indicated that: "All parties have now been dismissed and this matter may be dismissed in its entirety." ECF No. 7. Accordingly,

**IT IS ORDERED** that the case is **DISMISSED**. The District Court Executive shall **CLOSE THIS CASE**.

DATED October 18, 2022.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER DISMISSING CASE - 1